<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

————————

**No. 02-1627**

————————

DAVID ROSSER-EL, Sultan; EDNA GORHAM-BEY;
UNITED STATES MOORISH-AMERICAN NATION,
INCORPORATED, District of Columbia, a non-
profit corporation; ANITA E. BELLE,

                                         Plaintiffs - Appellants,

      versus

UNITED STATES OF AMERICA; UNITED KINGDOM;
NATION OF GERMANY; NATION OF PORTUGAL; NATION
OF SPAIN; NATION OF ITALY; NATION OF FRANCE;
HOLY SEE; NATION OF DENMARK; JUAN CARLOS, I,
King of Spain, as beneficiary of the Estate of
Isabel I and Ferdinand I; ELIZABETH, II of the
United Kingdom; CROWN OF LONDON; NATION OF THE
NETHERLANDS; NATION OF BELGIUM; MOTHER SUPREME
(MASONIC) COUNCIL OF THE WORLD; UNITED STATES
DEPARTMENT OF JUSTICE; SOVEREIGN MILITARY
ORDER OF MALTA; FEDERAL RESERVE BANK OF NEW
YORK; INTERNATIONAL MONETARY FUND; WORLD BANK;
GEORGE H.W. BUSH; GEORGE W. BUSH; RUSSELL
TRUST, a/k/a Yale University Order of Skull
and Bones, Brotherhood of Death, of
(Illuminati) Chapter 322; ROBERT GALLO; LITTON
INDUSTRIES, INC., d/b/a Northrop Grumman
Corporation; THE WORLD HEALTH ORGANIZATION;
UNKNOWN DEFENDANTS,

                                         Defendants - Appellees.

————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-02-293-AW)

Submitted: October 2, 2002          Decided: November 6, 2002

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Rosser-El, Edna Gorham-Bey, Anita E. Belle, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Rosser-El v. United States</u>, No. CA-02-293-AW (D. Md. filed Apr. 2, 2002, entered Apr. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>